Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, etc., for a Determination that Public Safety Requires the Elimination of the Crossings at Grade of Colvin Street and the Railroad of the Erie Railroad Company, etc., in Said City. (Case No. 3273.) — Order affirmed, with costs. All concur. (The order determines expenditures to be allowed as part of the cost of a grade crossing elimination.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

O. CHAPIN RICE, Respondent, v. ANDREW McWILLIAMS and Others, Appellants.— Judgment and order as to defendants Upson affirmed, with costs, and as to defendant McWilliams reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant McWilliams was negligent was against the weight of the evidence. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

MARY E. RICE, Respondent, v. ANDREW McWILLIAMS and Others, Appellants.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

DANIEL J. MURPHY, Respondent, v. VILLAGE OF WELLSVILLE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for personal injuries sustained by reason of a truck colliding with a limb of a tree. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

WINIFRED D. JACKSON, as Administratrix, etc., of JAMES L. JACKSON, Deceased, Plaintiff, v. CITIZENS CASUALTY Co. OF NEW YORK, Respondent; MARTIN C. SCHAUS, Appellant.— Order entered November 5, 1937 [252 App. Div. 393], amended so as to state that the affirmance is on the law only and not in the exercise of any discretion. Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of GEORGE D. HENDERSON, Deceased.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis and Taylor, JJ.

GOTTLIEB HOFFSTETTER, Respondent, v. CHARLES S. WOOD, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

## (January 18, 1938.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PARADOWSKI, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of the New York State Prison, Auburn, New York.— Order affirmed, without costs. (See General Construction Law, § 94.) All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.